**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| Sony Alexander,         ) | Civil Action No. 4:14-cv-00256 |
|                         ) | |
| Plaintiff,              ) | |
|                         ) | |
| V.                      ) | **NOTICE OF SETTLEMENT** |
|                         ) | |
| Midland Credit Management, Inc. ) | |
|                         ) | |
| Defendant.              ) | |

## NOTICE OF SETTLEMENT

Please take notice that Plaintiff and Defendant have reached a settlement of the above styled and numbered cause. A formal settlement agreement is being circulated between the parties for final review, approval, and execution. Once all of the appropriate signatures have been obtained, a Notice of Voluntary Dismissal shall be filed.

Dated: June 19, 2014

Respectfully submitted,

*/s/ Dennis H. Waters*
Dennis H. Waters
Texas State Bar No. 00785190
555 Republic Drive, Suite 200
Plano, TX  75074-5469
Telephone:  (972) 516-4296
Facsimile:   (972) 516-4297
E-mail:      Dennis.H.Waters@gmail.com
**ATTORNEY FOR PLAINTIFF**
**SONY ALEXANDER**